UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ALFONSO SPRINGER-KNIGHT

Plaintiff,

-against-

SUPREME COURT APPELLATE DIVISION,
2nd DEPARTMENT; DISTRICT ATTORNEY
EUGENE GOLD; DISTRICT ATTORNEY
ELIZABETH HOLTZMAN; PEOPLE OF THE
STATE OF NEW YORK; PEOPLE OF THE
CITY OF NEW YORK,

Defendants.
-------------------------------------------------------X

ORIGINAL

FILED
IN CLERKS OFFICE
U.S.

APR 0 6 2006 ★

P.M.
A.M.

**MEMORANDUM & ORDER**

Case No. 05 CV 3128 (FB)

*Appearance:*
*For the Plaintiff:*
ALFONSO SPRINGER, *Pro Se*
Inmate # A12773750
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

**BLOCK, Senior District Judge:**

By Memorandum and Order dated February 15, 2006, the Court denied plaintiff's motion for reconsideration of the Court's order dismissing this action and also directed plaintiff to show cause by written affirmation, within thirty (30) days, why the Court should not bar the acceptance of any future *in forma pauperis* complaints plaintiff may submit for filing without first obtaining leave of the Court. More than 30 days have elapsed and plaintiff has not responded to the Court's order.

Because plaintiff has abused the resources of the Court by repeatedly filing frivolous complaints and motions, he is hereby enjoined from filing any future motion regarding an existing *in forma pauperis* complaint or any future *in forma pauperis* complaint

in the Eastern District of New York without first obtaining leave of the Court. *See* 28 U.S.C. § 1651; *In re Sassower*, 20 F.3d 42, 44 (2d Cir. 1994).

To obtain such leave, plaintiff must advise the Court of the existence of this injunction by enclosing a copy of this Memorandum and Order along with an affirmation setting out the merits of his motion or claim(s) and disclosing any previous litigation in which he has been a party that involves either similar issues or parties. Plaintiff must also attach the proposed motion or complaint and for any proposed complaints, an *in forma pauperis* application and a Prisoner Authorization form.

The filing injunction is effective immediately and the Clerk of Court is directed to return any future motion regarding an existing *in forma pauperis* complaint or *in forma pauperis* complaint to plaintiff if the above requirements are not met. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Memorandum and Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

FREDERIC BLOCK
United States Senior District Judge

Dated: March 31, 2006
Brooklyn, New York